UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Shanyel M. Little            : CHAPTER 13
      Marcus A. Little              :
          Debtors               :
                                : NO. 22-10824 MDC

CERTIFICATION OF NOTICE AND
CERTIFICATION OF NO OBJECTION

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that the Notice of Motion, Response Deadline and Hearing Date and Motion for Continuation of Automatic Stay in Case Filed After Prior Dismissal within Year of Filing were served either electronically or by first class mail, postage prepaid, to Kenneth E. West, Trustee, Frederic J. Baker, Asst. U.S. Trustee, Shanyel and Marcus A. West, debtors, all creditors listed on the matrix/Claims Register and all attorneys who entered their appearance, on April 1, 2022.

Counsel certifies that there have been no objection or other responsive pleadings filed in the above- referenced case and therefore requests that the Motion for Continuation of Automatic Stay in  Case filed after prior Dismissal within Year of Filing be granted.

 4-20-22                                                      /s/    MICHAEL A. LATZES
  Date                                              MICHAEL A. LATZES, ESQUIRE
                                                      1528 Walnut Street, Suite 700
                                                      Philadelphia, PA   19102
                                                      (215) 545-0200 (Phone)
                                                      (215) 545-0668 (Fax)