## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Marcus A. Little                          CHAPTER 13
        Shanyel M. Little
            Debtor(s)                      BKY. NO. 22-10824 MDC

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper
and index same on the master mailing list.

                Respectfully submitted,

/s/ Rebecca Solarz

Rebecca Solarz
20 Apr 2022, 15:22:30, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322