UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: SHANYEL M. LITTLE : CHAPTER 13
MARCUS A. LITTLE :
:
Debtors :
: NO: 22-10824 MDC

## AFFIDAVIT

I, Marcus A. Little, in support of my Motion for Contination of Automatic Stay, hereby affirms or swears that to the best of my information, knowledge and belief, the following declarations are true and correct.

1. I filed a joint bankruptcy petition under Chapter 13 on March 31, 2022.

2. Prior to said filing, my previous Chapter 13 Bankruptcy Petition was dismissed on February 15, 2022. (21-10824 MDC)

3. Since the dismissal, I have been approved for a loan modification, significantly reducing the arrears on my mortgage, which will eliminate the need to include said arrears in my Chapter 13 Plan.

4. Working as a driver for Septa, my ability to earn additional income, has increased as the Covid-19 Pandemic has become a bit more manageable, since March 2020.

5. Lastly, to enhance my budget, my intention is to lease a property within the next six to twelve months.

The undersigned certifies that the statements made herein are subject to the penalties of perjury (28 U.S., Section 1746) and that the foregoing is true and correct.

*Marcus Little*
MARCUS A. LITTLE
Co-Debtor