**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
| **Shanyel M. Little** | : |
| **Marcus A. Little** | : |
|     **Debtors** | : |
| | : NO. 22-10824 MDC |

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing Debtor's Notice and Motion to Approve Loan Modification was served upon the following parties by mailing such copy by first class, postage prepaid or by electronic means on April 28, 2022, to the following:

| | |
|---|---|
| Asst. U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA  19107 | Kenneth E. West, Trustee<br>P.O. BOX 40837<br>Philadelphia, PA 19107 |
| Midfirst Bank<br>Attn: Christi Sanders<br>999 N.W. Grand Blvd., Suite 100<br>Oklahoma City, OK 73118-6116 | Shanyel and Marcus Little<br>604 Wellfleet Drive<br>Middletown, DE 19709 |
| Midland Mortgage, a division of Midfirst Bank<br>777 N.W. Grand Blvd.<br>Attn: Ana Morales Garcia, Delinquency Assoc.<br>Oklahoma City, OK 73118 | |

                                                         /s/ MICHAEL A. LATZES
                                                        MICHAEL A. LATZES, ESQUIRE
                                                        Attorney for Debtor