**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Shanyel M. Little                                CHAPTER 13
       Marcus A. Little

           Debtor(s)                                BKY. NO. 22-10824 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

                Respectfully submitted,

                /s/ *Rebecca Solarz*
                Rebecca Solarz
                10 May 2022, 09:21:18, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322