UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
| Shanyel M. Little | : |
| Marcus A. Little | : |
| Debtors | : |
| | : NO. 22-10824 MDC |

CERTIFICATION OF NO OBJECTION OR RESPONSE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that she filed a Motion to Approve Loan Modification with the Clerk of the United States Bankruptcy Court and sent notice via first class mail or electronically on April 28. 2022, to the trustee, Kenneth E. West, Asst. U.S. Trustee, Christi Sanders of Midfirst Bank, Ana Morales Garcia, of Midland Mortgage and debtors, Shanyel and Marcus Litte.

Counsel certifies that more than fifteen (15) days have elapsed since the serving of said notice and there have been no answer, objection or other responsive pleadings filed in the above-referenced case and therefore requests that this court enter an Order allowing the loan modification of Debtor's mortgage.

 5-24-22                                                              /s/   MICHAEL A. LATZES
   Date                                                             MICHAEL A. LATZES, ESQUIRE
                                                                    1528 Walnut Street, Suite 710
                                                                    Philadelphia, PA   19102
                                                                    (215) 545-0200 (Phone)
                                                                    (215) 546-5269 (Fax)