# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                                          Chapter 13

SHANYEL M. LITTLE                                     Bankruptcy No. 22-10824-MDC
MARCUS A. LITTLE
4949 MULBERRY STREET

PHILADELPHIA, PA 19124-

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    SHANYEL M. LITTLE
    MARCUS A. LITTLE
    4949 MULBERRY STREET

    PHILADELPHIA, PA 19124-

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL A LATZES ESQUIRE
    1528 WALNUT STREET
    STE 710
    PHILA.,, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 8/30/2022                                                                                           /s/ Kenneth E. West

                                                                                       _____
                                                                                       Kenneth E. West, Esquire
                                                                                       Chapter 13 Standing Trustee