UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
|    Marcus A. Little | : |
|    Shanyel M. Little | : |
| | : NO. 22-10824 MDC |
|    Midfirst Bank | : |
|       Movant | : |
|       vs. | : |
|    Marcus A. Little | : |
|    Shanyel M. Little | : |
|       Debtors | : |
|    Kenneth E. West | : |
|       Trustee | : |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Debtors' Answer to Midfirst Bank's Motion for Relief WO YEARS was served upon the following parties by mailing such copies by first class, postage prepaid or by electronic means on September 21, 2022, to the following:

Frederic J. Baker, Asst. U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Marcus Little
49 Bachman Street
Hellerton, PA 18055

Marcus Little
604 Well fleet Drive
Middletown, DE 19709

Shanyel M. Little
4949 Mulberry Street
Philadelphia, PA 19124

  9-21-22
Date

/s/ MICHAEL A. LATZES
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtor