# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                                               Chapter 13

                                               Bankruptcy No. 22-10824-MDC

SHANYEL M. LITTLE
MARCUS A. LITTLE
4949 MULBERRY STREET

PHILADELPHIA, PA 19124-

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHANYEL M. LITTLE
MARCUS A. LITTLE
4949 MULBERRY STREET

PHILADELPHIA, PA 19124-

Counsel for debtor(s), by electronic notice only.

MICHAEL A LATZES ESQUIRE
1528 WALNUT STREET
STE 710
PHILA.,, PA 19102-

                                          /S/ Kenneth E. West

Date: 10/11/2022

                                          _____

                                          Kenneth E. West, Esquire
                                          Chapter 13 Standing Trustee