IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Marcus A. Little : CHAPTER 13
      Shanyel M. Little :
           Debtors : NO. 22-10824 MDC

**O R D E R**

AND NOW, this _____ day of _____ 2022, it is hereby ORDERED that the Debtor's Objection to MIDFIRST BANK'S PROOF OF CLAIM (#17) is hereby Granted, thereby disallowing Midfirst Bank's Claim #17.

BY THE COURT:

_____
J.