UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Marcus A. Little             : CHAPTER 13
     Shanyel M. Little           :
          Debtors      : NO. 22-10824 MDC

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**Debtors, Marcus and Shanyel Little has filed an Objection to Midfirst Bank's Proof of Claim (#17) that you filed in this bankruptcy case.**

**1.      Your claim may be reduced, modified or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney.)**

**2.      If you do not want the court to change or eliminate  your claim, you or your lawyer must attend the hearing on the objection**, the hearing to be held on **December 20, 2022,** at **10:30 a.m.**, and will be held by telephonic communication. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3.      **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing**.  If you do not notify the person listed below that you intend to appear, the Objection will be entitled to a postponement of the hearing.

11-14-22                            /s/   MICHAEL  A. LATZES
 Date                              MICHAEL A. LATZES, ESQUIRE
                                   1528 Walnut Street, Suite 710
                                 Philadelphia, PA 19102
                                 (215) 545-0200 (Phone #)