IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Marcus A. Little       : CHAPTER 13
      Shanyel M. Little      :
          Debtors        : NO. 22-10824 MDC

CERTIFICATION OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that a true and correct copy of the Notice and Objection to Midfirst Bank's (Claim #17) Proof of Claim was served via first class mail, postage prepaid or electronically on November 14, 2022, to the following:

Frederic J. Baker, Esquire
Asst. U.S. Trustee
833 Chestnut Street
Philadelphia, PA 19107

Kenneth E. West, Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Marcus Little
604 Well fleet Drive
Middletown, DE 19709

Shanyel M. Little
4949 Mulberry Street
Philadelphia, PA 19124

11-14-22
  Date

/s/ MICHAEL A. LATZES
MICHAEL A. LATZES, ESQUIRE
Attorney for Debtor