# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|    Shanyel M. Little | : |
|    Marcus A. Little | : |
|           Debtor(s) | : NO.  22-10824 2145 MDC |

## CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of Debtor's Amended Chapter 13 Plan was mailed either first class mail, postage prepaid or electronically on January 25, 2023, to the U.S. Trustee, Kenneth E. West, Trustee, Shanyel and Marcus Little, Debtor and all creditors listed on the Claims Register and/or any attorneys who entered their appearances in this matter.

1-25-23                                                                            /s/    MICHAEL A. LATZES
DATE                                                                     MICHAEL A. LATZES, ESQUIRE
                                                                           Attorney for Debtor