IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re                                              :
                                                   :     Chapter 13
        Shanyel M. Little                          :
                                                   :     Bankruptcy No. 22-10824 (mdc)
                             Debtor.               :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW DOCUMENTS

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the following documents filed by the City of Philadelphia:

(a) Objection to Confirmation of the Plan, filed on May 25, 2022 [Docket No. 43]; and,

(b) Supplemental Objection to Confirmation of the Plan, filed on November 17, 2022 [Docket No. 78].

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: January 26, 2023        By:    /s/ Pamela Elchert Thurmond
                                      PAMELA ELCHERT THURMOND
                                      Senior Attorney
                                      PA Attorney I.D. 202054
                                      City of Philadelphia Law Department
                                      Tax & Revenue Unit
                                      1401 JFK Blvd., 5th Floor
                                      Philadelphia, PA  19102-1595
                                      215-686-0508 (phone)
                                      215-686-0588 (facsimile)
                                      Email: Pamela.Thurmond@phila.gov