# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Marcus A. Little<br>          Shanyel M. Little<br>                              Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC, its successors and/or assigns<br>                              Movant<br>                    vs.<br>Marcus A. Little<br>Shanyel M. Little<br>                              Debtor(s)<br><br>Kenneth E. West<br>                              Trustee | NO. 22-10824 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Nationstar Mortgage LLC, which was filed with the Court on or about **June 9, 2022, docket number 48**.

                                        Respectfully submitted,

                                        /s/ Brian C. Nicholas, Esq.
                                        _____
                                        Brian C. Nicholas, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        Phone: (215)-627-1322

Dated: February 13, 2023