## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 22-10824 |
| **Shanyel M. Little** | : Chapter 13 |
| **Marcus A. Little** | : Judge Magdeline D. Coleman |
| | : * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | : |
| **Ajax Mortgage Loan Trust 2019-E,** | : Related Document # 39 |
| **Mortgage-Backed Securities, Series** | : |
| **2019-E, by U.S. Bank National** | : |
| **Association, as Indenture Trustee** | : |
| **Movant,** | : |
| vs | : |
| | : |
| **Shanyel M. Little** | : |
| **Marcus A. Little** | |
| **Kenneth E. West, Trustee** | |
| **Respondents.** | |

### PRAECIPE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 39)

Now comes Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee ("Creditor") by and through counsel, and hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on May 17, 2022. The Objection to Confirmation of Plan needs to be withdrawn because the Amended Chapter 13 Plan filed January 25, 2023 at Docket 82 resolves the objection.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Alyk L. Oflazian (312912)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor

22-009880_SCS2

The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

22-009880_SCS2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 22-10824** |
| **Shanyel M. Little** : | **Chapter 13** |
| **Marcus A. Little** : | **Judge Magdeline D. Coleman** |
| : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **Ajax Mortgage Loan Trust 2019-E,** : | **Related Document # 39** |
| **Mortgage-Backed Securities, Series** : | |
| **2019-E, by U.S. Bank National** : | |
| **Association, as Indenture Trustee** : | |
| **Movant,** : | |
| : | |
| vs : | |
| **Shanyel M. Little** : | |
| **Marcus A. Little** : | |
| **Kenneth E. West, Trustee** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Objection to Confirmation of Plan (Docket No. 39) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Michael A. Latzes, Attorney for Shanyel M. Little and Marcus A. Little, efiling@mlatzes-law.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Shanyel M. Little, 4949 Mulberry Street, Philadelphia, PA 19124

Marcus A. Little, 604 Wellfleet Drive, Middletown, DE 19709

/s/ Adam B. Hall

22-009880_SCS2