IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARCUS A LITTLE and<br>SHANYEL LITTLE,<br><br>        Debtors,<br><br>SPECIALIZED LOAN SERVICING, LLC. AS SERVICING AGENT FOR FIRSTKEY MASTER FUNDING 2021-A COLLATERAL TRUST, U.S. BANK TRUST NATIONAL ASSOCIATION, AS COLLATERAL TRUST TRUSTEE,<br><br>        Movant,<br>  v.<br><br>MARCUS A LITTLE,<br>SHANYEL LITTLE and<br>KENNETH E. WEST, Trustee,<br><br>        Respondents. | Bankruptcy No. 22-10824-mdc<br><br>Chapter 13<br><br>Related to Doc. No. 30 |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

TO THE CLERK OF COURTS:

      Kindly withdraw the Objection to Confirmation of Plan filed on behalf of Specialized Loan Servicing, LLC. as Servicing Agent for FirstKey Master Funding 2021-A Collateral Trust, U.S. Bank National Association, as Collateral Truste Trustee on May 2, 2022 at Document No. 30. The Debtor's First Amended Chapter 13 Plan filed on January 25, 2023 at Document No. 82 resolves the Objection to Confirmation of Plan.

Dated: February 23, 2023

                                            Respectfully submitted,

                                            By: /s/ Keri P. Ebeck
                                            Keri P. Ebeck
                                            PA I.D. # 91298
                                            kebeck@bernsteinlaw.com
                                            601 Grant Street, 9th Floor
                                            Pittsburgh, PA 15219
                                            412-456-8112
                                            Fax: 412-456-8135