United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10824-mdc |
| Shanyel M. Little | Chapter 13 |
| Marcus A. Little | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Mar 23, 2023 | Form ID: 155 | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shanyel M. Little, 4949 Mulberry Street, Philadelphia, PA 19124-2827 |
| jdb | + | Marcus A. Little, 604 Wellfleet Drive, Middletown, DE 19709-9231 |
| 14692568 | | Ajax Mortgage Loan Trust 2019-E, c/o Gregory Funding LLC, PO Box 742334, Los Angeles CA 90074-2334 |
| 14692245 | + | Ajax Mortgage Loan Trust 2019-E, c/o Gregory Funding LLC, PO Box 230579, Tigard, OR 97281-0579 |
| 14680651 | + | Christiana Care, 301 Lacey Street, Attn: Bankruptcy Dept., West Chester, PA 19382-3727 |
| 14680659 | + | Gregory Funding LLC, P.O. BOX 230579, Attn: Bankruptcy Dept., Portland, OR 97281-0579 |
| 14690066 | + | Midfirst Bank, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14685263 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14680664 | | PA Department of Revenue, Bureau of Compliance, Lien Sections. P.O. BOX 280948, Harrisburg, PA 17128-0948 |
| 14680665 | | PECO ENERGY, P.O. Box 37629, Attn: Bankruptcy Dept. - Merrick Friel, Prospect Park, PA 19076 |
| 14680667 | + | Roxborough Memorial Hospital, P.O. Box 1280, Attn: Bankruptcy Dept., Oaks, PA 19456-1280 |
| 14691329 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41031, Norfolk VA 23541-1031 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14680648 | + | Email/Text: bankruptcy@acimacredit.com | Mar 24 2023 00:06:00 | Acima Credit, 9815 monroey St., 4th Floor, Attn: Bankruptcy Dept., Sandy, UT 84070-4384 |
| 14688864 | | Email/Text: amps@manleydeas.com | Mar 24 2023 00:06:00 | Ajax Mortgage Loan Trust 2019-E, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14689041 | | Email/Text: amps@manleydeas.com | Mar 24 2023 00:06:00 | Ajax Mortgage Loan Trust 2019-E., c/o Adam B. Hall, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14691314 | | Email/PDF: bncnotices@becket-lee.com | Mar 24 2023 00:21:29 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14680649 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 24 2023 00:05:00 | Bank of America, P.O. BOX 982235, Attn: Bankruptcy Dept., El Paso, TX 79998-2235 |
| 14680647 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 24 2023 00:06:00 | Citizens, One Citizens Way, JCA115, Attn: Bankruptcy Dept., Johnston, RI 02919 |
| 14682349 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 24 2023 00:06:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14680655 | | Email/Text: megan.harper@phila.gov | Mar 24 2023 00:06:00 | City of Philadelphia, Law Department - Tax Unit, 1401 John F. Kennedy Blvd., 5th Floor, Att'n: Bankruptcy Department, Philadelphia, PA 19102-1595 |
| 14713771 | | Email/Text: megan.harper@phila.gov | Mar 24 2023 00:06:00 | City of Philadelphia, Law Tax & Revenue Unit, |

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 23, 2023 | Form ID: 155 | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| 14694047 | | Email/Text: megan.harper@phila.gov | Mar 24 2023 00:06:00 | 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 City of Philadelphia, c/o Pamela Elchert Thurmond,Esquire, City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14692473 | | Email/Text: megan.harper@phila.gov | Mar 24 2023 00:06:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14680650 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 24 2023 00:11:08 | Capital One, 4515 N. Santa Fe Ave., Attn: Bankruptcy Dept., Oklahoma City, OK 73118-7901 |
| 14683612 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 24 2023 00:11:08 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14680652 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2023 00:11:02 | Citibank/Home Depot, P.O. BOX 790034, Attn: Centralized Bankruptcy, Saint Louis, MO 63179-0034 |
| 14680653 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 24 2023 00:11:02 | Citibank/Sears, P.O. BOX 790034, Attn: Centralized Bankruptcy, P.O. BOX 790034, Saint Louis, MO 63179-0034 |
| 14680656 | + | Email/Text: bankruptcy@philapark.org | Mar 24 2023 00:06:00 | City of Philadelphia Parking Violations, P.O. BOX 41819, Attn: Bankruptcy Dept., Philadelphia, PA 19101-1819 |
| 14680657 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 24 2023 00:06:00 | Comenity Bank/Ashley Stewart, P.O. BOX 182125, Attn: Bankruptcy Dept., Columbus, OH 43218-2125 |
| 14680658 | + | Email/Text: bankruptcy@pepcoholdings.com | Mar 24 2023 00:06:00 | Delmarva Power, P.O. BOX 17006, Attn: Bankruptcy Dept., Wilmington, DE 19850-7006 |
| 14698364 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 24 2023 00:06:00 | Internal Revenue Service, P.O. BOX 7317, Attn: Bankruptcy Dept., Philadelphia, PA 19101-7317 |
| 14696340 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 24 2023 00:11:01 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14689929 | ^ | MEBN | Mar 24 2023 00:03:47 | MidFirst Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14680661 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Mar 24 2023 00:11:13 | Midfirst Bank, 999 North West Grand Blvd., Attn: Bankruptcy Dept., Oklahoma City, OK 73118-6051 |
| 14680662 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 24 2023 00:06:00 | Midland Credit Management, Inc., P.O. BOX 2037, Attn: Bankruptcy Dept., Warren, MI 48090-2037 |
| 14683990 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 24 2023 00:06:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14683267 | ^ | MEBN | Mar 24 2023 00:03:48 | Mortgage Assets Management, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14680663 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 24 2023 00:06:00 | Nationstar Mortgage, LLC, P.O. BOX 619096, Attn: Bankruptcy Dept., Dallas, TX 75261-9741 |
| 14685146 | ^ | MEBN | Mar 24 2023 00:03:47 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14696638 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 24 2023 00:06:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14696502 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 24 2023 00:06:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14680666 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 23, 2023 | Form ID: 155 | Total Noticed: 60 |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| | | Mar 24 2023 00:11:08 | Portfolio Recovery Associates, LLC, P.O. BOX 41067, Attn: Bankruptcy Dept., Norfolk, VA 23541 |
| 14690587 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 24 2023 00:11:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14690228 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 24 2023 00:11:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14681720 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 24 2023 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14684908 | + Email/Text: bankruptcy@philapark.org | Mar 24 2023 00:06:00 | Philadelphia Parking Authority, 701 Market St, Ste 5400, Philadelphia, Pa 19106-2895 |
| 14680668 | Email/Text: bankruptcy@sw-credit.com | Mar 24 2023 00:06:00 | Southwest Credit, 4120 International Pkwy., Suite 1100, Attn: Bankruptcy Dept., Carrollton, TX 75007-1958 |
| 14680669 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 24 2023 00:06:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Englewood, CO 80111-4720 |
| 14681234 | + Email/PDF: gecsedi@recoverycorp.com | Mar 24 2023 00:11:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14681170 | + Email/PDF: gecsedi@recoverycorp.com | Mar 24 2023 00:11:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14680670 | + Email/PDF: gecsedi@recoverycorp.com | Mar 24 2023 00:11:07 | Synchrony Bank/Old Navy, c/o PRA Receivables Management, LLC, P.O. BOX 41021, Attn: Bankruptcy Dept., Norfolk, VA 23541-1021 |
| 14683268 | ^ MEBN | Mar 24 2023 00:03:48 | The Bank of New York Mellon, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14680671 | + Email/Text: bankruptcydepartment@tsico.com | Mar 24 2023 00:06:00 | Transworld System Inc./51, P.O. BOX 15630, Attn: Bankruptcy Dept., Wilmington, DE 19850-5630 |
| 14686898 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Mar 24 2023 00:06:00 | U.S. Bank Trust National Assoc. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St. Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14680672 | + Email/PDF: ebn_ais@aisinfo.com | Mar 24 2023 00:11:07 | Verizon, by American InfoSource as agent, 4515 N. Santa Fe Ave., Attn: Bankruptcy Dept., Oklahoma City, OK 73118-7901 |
| 14680674 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 24 2023 00:11:01 | Wells Fargo, P.O. Box 10438 Mac F8235-02f, Attn: Bankruptcy Dept., Des Moines, IA 50306 |
| 14680673 | Email/Text: megan.harper@phila.gov | Mar 24 2023 00:06:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Attn: Bankruptcy Dept., Philadelphia, PA 19102-1663 |
| 14685003 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 24 2023 00:11:14 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14680675 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 24 2023 00:11:01 | Wells Fargo Bank, N.A. d/b/a, Wells Fargo Auto, P.O. BOX 130000, Attn: Bankruptcy Dept., Raleigh, NC 27605-1000 |
| 14680676 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 24 2023 00:11:01 | Wells Fargo Jewelry Advantage, P.O. BOX 10438, Attn: Bankruptcy Dept., Des Moines, IA 50306-0438 |

TOTAL: 48

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 23, 2023 | Form ID: 155 | Total Noticed: 60 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14688865 | * | Ajax Mortgage Loan Trust 2019-E, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14680654 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens, One Citizens Way - JCA115, Attn: Bankruptcy Dept., Johnston, RI 02919 |
| 14684686 | * | Internal Revenue Service, P.O. BOX 7317, Philadelphia, PA 19101-7317 |
| 14680660 | * | Internal Revenue Service, P.O. BOX 7346, Attn: Bankruptcy Dept., Philadelphia, PA 19101-7346 |
| 14728465 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14691010 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14686899 | *+ | U.S. Bank Trust National Assoc. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St. Suite 300, Greenwood Village, Colorado 80111-4720 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2023       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2023 at the address(es) listed below:**

**Name**       **Email Address**

ADAM BRADLEY HALL
   on behalf of Creditor Ajax Mortgage Loan Trust 2019-E amps@manleydeas.com

BRIAN CRAIG NICHOLAS
   on behalf of Creditor Nationstar Mortgage LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
   on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
   on behalf of Creditor MIDFIRST BANK bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
   on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com

KENNETH E. WEST
   ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
   on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
   on behalf of Creditor Specialized Loan Servicing  LLC. as Servicing Agent for FirstKey Master Funding 2021-A Collateral Trust, U.S. Bank National Association, as Collateral Truste Trustee kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

MICHAEL A. LATZES
   on behalf of Joint Debtor Marcus A. Little efiling@mlatzes-law.com

MICHAEL A. LATZES
   on behalf of Debtor Shanyel M. Little efiling@mlatzes-law.com

MICHAEL PATRICK FARRINGTON
   on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com

PAMELA ELCHERT THURMOND

District/off: 0313-2 | User: admin | Page 5 of 5
Date Rcvd: Mar 23, 2023 | Form ID: 155 | Total Noticed: 60

on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov  edelyne.jean-baptiste@phila.gov

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Shanyel M. Little and Marcus A. Little
    Debtor(s)                                               Chapter: 13

                                                                 Bankruptcy No: 22−10824−mdc

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this March 23, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                        Magdeline D. Coleman
                                                        Chief Judge ,
                                                        United States Bankruptcy Court

                                                                               98 − 16
                                                                               Form 155