IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re, | Bankruptcy No. 22-10824-mdc |
|---|---|
| SHANYEL M. LITTLE<br>MARCUS A. LITTLE<br>    Debtors,<br><br>FIRSTKEY MASTER FUNDING 2021-A<br>COLLATERAL TRUST, U.S. BANK TRUST<br>NATIONAL ASSOCIATION AS<br>COLLATERAL TRUST TRUSTEE<br><br>    Movant,<br><br>          v.<br><br>SHANYEL M. LITTLE<br>MARCUS A. LITTLE, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the **_November 17, 2023_** I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system, at the following addresses:

| | |
|---|---|
| Shanyel M. Little<br>4949 Mulberry Street<br>Philadelphia, PA 19124 | Michael A. Latzes<br>The Law Offices of Michael A. Latzes, P.C.<br>1528 Walnut Street, Suite 710<br>Philadelphia, PA 19102 |
| Marcus A. Little<br>604 Wellfleet Drive<br>Middletown, DE 19709 | Michael A. Latzes |

| | |
|---|---|
| Kenneth E. West, Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Office of the U.S. Trustee<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298

kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135