## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 BANKRUPTCY |
|     Shanyel M. Little | : |
|     Marcus A. Little | : Bankruptcy No. 22-10824 mdc |
|         Debtors | : |
| | : |
| Firstkey Master Funding 2021-A | : |
| Collateral Trust, U.S. Bank Trust | : |
| National Association as Collateral | : |
| Trust Trustee | : |
|         Movant | : Hearing: 12-12-2023 |
| | : Time: 10:30 a.m. |
|     V. | : |
| | : |
| Shanyel M. Little | : |
| Marcus A. Little, and | : |
| Kenneth E. West, Trustee | : |
|         Respondents | : |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Debtor's Answer to Firstkey Master Funding 2021-A Collateral Trust, U.S. Bank Trust National Association as Collateral Trust Trustee's Motion for Relief has been served upon the following parties by mailing such copies by first class, postage prepaid or by electronic means on December 1, 2023, to the following:

Frederic J. Baker, Asst. U.S. Trustee  
Office of the United States Trustee  
Robert NC Nix, Sr. Federal Building  
900 Market St., Suite 320  
Philadelphia, PA 19107

Kenneth West, Trustee  
P.O. BOX 40837.  
Philadelphia, PA 19107

| | |
|---|---|
| Keri P. Ebeck, Esquire<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219 | Shanyel M. Little<br>4949 Mulberry Street<br>Philadelphia, PA 19124 |
| Marcus A. Little<br>604 Wellfleet Drive<br>Middletown, DE 19709 | |
|  12-1-23<br>  Date | /s/ MICHAEL A. LATZES<br>Michael A. Latzes, Esquire<br>1528 Walnut St., Suite 710<br>Philadelphia, PA 19102<br>(215) 545-0200 |