B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    **Shanyel M. Little**
      **Marcus A. Little**

               Debtor(s)

Case No.    22-10824

Chapter    **13**

## SUPPLEMENTAL DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within fourteen (14) days of filing this statement, to be rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **750.00** |
| Prior to the filing of this statement I have received | $ **750.00** |
| Balance Due | $ -0- |

2.  The source of the compensation paid to me was:

    ☑ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:  preparing and filing an answer to the Motion for Relief, negotiate a settlement with opposing attorney, numerous e-mails and conversations with client and opposing attorney and reviewed settling the outstanding motion.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

    Any additional post-confirmation legal services.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 15, 2023**
*Date*

**/s/ Michael A. Latzes**
**Michael A. Latzes 34017**
*Signature of Attorney*
**Law Offices of Michael A. Latzes, P.C.**
**1528 Walnut Street**
**Suite 700**
**Philadelphia, PA 19102**
**215-545-0200   Fax: 215-545-0668**
**ecassidy@mlatzes-law.com**
*Name of law firm*

---