IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>SHANYEL M. LITTLE<br>MARCUS A. LITTLE<br>    Debtors,<br><br>FIRSTKEY MASTER FUNDING 2021-A<br>COLLATERAL TRUST, U.S. BANK TRUST<br>NATIONAL ASSOCIATION AS<br>COLLATERAL TRUST TRUSTEE<br><br>    Movant,<br><br>        v.<br><br>SHANYEL M. LITTLE<br>MARCUS A. LITTLE, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 22-10824-mdc<br><br>Chapter 13 |

**PRAECIPE TO RELIST HEARING ON THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, comes Movant, FirstKey Master Funding 2021-A Collateral Trust, U.S. Bank Trust National Association as Collateral Trust Trustee (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this *Praecipe to Relist Hearing the Motion for Relief from the Automatic Stay* (the "Praecipe"), stating as follows:

1.    On November 17, 2023, Movant filed a Motion for Relief from the Automatic Stay at Docket No. 105.

2.    On December 1, 2023, Shanyel M. Little & Marcus A. Little (the "Debtors") filed a *Response to Motion for Relief from the Automatic Stay* (the "Response") at Docket No. 108.

3.    On November 12, 2023, a Hearing was set on the Motion for Relief from the Automatic Stay. The Hearing was scheduled for December 12, 2023.

4.      On December 12, 2023, the matter was marked as settled and a stipulation to resolve Motion for Relief from the Automatic Stay was to be filed.

## RELIEF REQUESTED

5.      Movant now requests that this Honorable Court relist the hearing on the Motion for Relief from the Automatic Stay for Tuesday, February 14, 2024, at 10:30 am.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for FirstKey Master Funding 2021-A Collateral Trust, U.S. Bank Trust National Association as Collateral Trust Trustee*

Dated: January 13, 2024