IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, | Bankruptcy No. 22-10824-mdc |
| SHANYEL M. LITTLE<br>MARCUS A. LITTLE<br>    Debtors, | Chapter 13 |
| FIRSTKEY MASTER FUNDING 2021-A<br>COLLATERAL TRUST, U.S. BANK TRUST<br>NATIONAL ASSOCIATION AS<br>COLLATERAL TRUST TRUSTEE<br><br>    Movant,<br><br>        v.<br><br>SHANYEL M. LITTLE<br>MARCUS A. LITTLE, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | |

<u>NOTICE OF HEARING DATE</u>

Allied First Bank, SB dba Servbank has filed a Praecipe to Relist Hearing on the Motion for Relief from the Automatic Stay filed on November 17, 2023, at Docket No. 105.

A hearing on the Motion for Relief from Automatic Stay is scheduled to be held before the Honorable Patricia M. Mayer on **Tuesday**, **February 14, 2024, at 10:30 A.M.** in Courtroom **#2**, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112

*Counsel for FirstKey Master Funding 2021-A*
*Collateral Trust, U.S. Bank Trust National*
*Association as Collateral Trust Trustee*