IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>SHANYEL M. LITTLE<br>MARCUS A. LITTLE<br>　　Debtors,<br><br>FIRSTKEY MASTER FUNDING 2021-A COLLATERAL TRUST, U.S. BANK TRUST NATIONAL ASSOCIATION AS COLLATERAL TRUST TRUSTEE<br><br>　　Movant,<br><br>　　　　v.<br><br>SHANYEL M. LITTLE<br>MARCUS A. LITTLE, and<br>KENNETH E. WEST, Trustee,<br>　　Respondents. | Bankruptcy No. 22-10824-mdc<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

　　I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that January 13, 2024, I served a copy of the Praecipe to Relist Hearing on the Motion for Relief from the Automatic Stay and the Notice of Hearing by electronic mail at the following addresses and service by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Shanyel M. Little<br>4949 Mulberry Street<br>Philadelphia, PA 19124 | MICHAEL A. LATZES<br>Law Offices of Michael A. Latzes, P.C<br>1528 Walnut Street<br>Suite 710<br>Philadelphia, PA 19102 |
| Marcus A. Little<br>604 Wellfleet Drive<br>Middletown, DE 19709 | |

| | |
|---|---|
| KENNETH E. WEST<br>Office of the Chapter 13 Standing Trustee<br>1234 Market Street - Suite 1813<br>Philadelphia, PA 19107 | Office of United States Trustee<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 |

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135