## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 22-10824** |
| **Shanyel M. Little** : | **Chapter 13** |
| **Marcus A. Little** : | **Judge Magdeline D. Coleman** |
| : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| : | |
| **Ajax Mortgage Loan Trust 2023-B,** : | **Date and Time of Hearing** |
| **Mortgage-Backed Securities, Series** : | **Place of Hearing** |
| **2023-B, by U.S. Bank Trust Company,** : | **February 13, 2024 at 10:30 a.m.** |
| **National Association, as Indenture** : | |
| **Trustee** : | **U.S. Bankruptcy Court** |
| **Movant,** : | **900 Market Street, Suite 400, Courtroom** |
| : | **#2** |
| **vs** : | |
| : | **Philadelphia, PA, 19107** |
| **Shanyel M. Little** | |
| **Marcus A. Little** | |
| **Kenneth E. West** | |
| **Respondents.** | |

### NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Ajax Mortgage Loan Trust 2023-B, Mortgage-Backed Securities, Series 2023-B, by U.S. Bank Trust Company, National Association, as Indenture Trustee has filed a Motion for Relief from Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before February 2, 2024, you or your attorney must do **ALL** of the following:

    A. File an answer explaining your position at:

    **Clerk, U.S. Bankruptcy Court**
    U.S. Bankruptcy Court
    900 Market Street, Suite 400
    Philadelphia, PA, 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

22-009880_EJS1

      B. Mail a copy to the Creditor's attorney and the below listed:

Office of U.S. Trustee, Party of Interest
(Registered address)@usdoj.gov (notified by ecf)

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA  19107
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman on February 13, 2024 at 10:30 a.m. in U.S. Bankruptcy Court, 900 Market Street, Suite 400, Courtroom #2, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:   01/18/2024

22-009880_EJS1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 22-10824** |
| **Shanyel M. Little** | : | **Chapter 13** |
| **Marcus A. Little** | : | **Judge Magdeline D. Coleman** |
| | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **Ajax Mortgage Loan Trust 2023-B,** | : | **Date and Time of Hearing** |
| **Mortgage-Backed Securities, Series** | : | **Place of Hearing** |
| **2023-B, by U.S. Bank Trust Company,** | : | **February 13, 2024 at 10:30 a.m.** |
| **National Association, as Indenture** | : | |
| **Trustee** | : | **U.S. Bankruptcy Court** |
| **Movant,** | : | **900 Market Street, Suite 400, Courtroom** |
| | : | **#2** |
| **vs** | : | **Philadelphia, PA, 19107** |
| | : | |
| **Shanyel M. Little** | | |
| **Marcus A. Little** | | |
| **Kenneth E. West** | | |
| **Respondents.** | | |

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Motion for Relief from Automatic Stay was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

KENNETH E. WEST, Office of the Chapter 13 Standing Trustee, ecfemails@ph13trustee.com

MICHAEL A. LATZES, Attorney for Shanyel M. Little and Marcus A. Little, efiling@mlatzes-law.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Shanyel M. Little, 4949 Mulberry Street, Philadelphia, PA  19124

22-009880_EJS1

Marcus A. Little, 604 Wellfleet Drive, Middletown, DE  19709

City of Philadelphia, Law Department - Tax Unit, 1401 John F. Kennedy Blvd., 5th Floor, Att'n: Bankruptcy Department, Philadelphia, PA  19102-1595

Water Revenue Bureau, 1401 J.F.K. Blvd., Attn: Bankruptcy Dept., Philadelphia, PA  19102-1663

/s/ Adam B. Hall

22-009880_EJS1