## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shanyel M. Little | : CHAPTER 13 |
| Marcus A. Little | : |
| Debtors | : |
| | : NO. 22-10824 mdc |
| Ajax Mortgage Loan Trust 2023-B, | : |
| Mortgage-Backed Securities, Series | : Hearing: February 13, 2024 |
| 2023-B, by U.S. Bank Trust Company | : Time: 10:30 a.m. |
| National Associations, as Indenture | : Courtroom: 2 |
| Trustee | : |
| Movant | : |
| | : |
| v. | : |
| | : |
| Shanyel M. Little | : |
| Marcus A. Little | : |
| Kenneth E. West. | : |
| Respondents | : |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Debtor's Answer to Ajax Mortgage Loan Trust 2023-B, Mortgage-Backed Securities, Series 2023-B, by U.S. Bank Trust Company National Association, as Indenture Trustee's Motion for Relief has been served upon the following parties by mailing such copies by first class, postage prepaid or by electronic means on January 31, 2024, to the following:

Frederic J. Baker, Asst. U.S. Trustee  
Office of the United States Trustee  
Robert NC Nix, Sr. Federal Building  
900 Market St., Suite 320  
Philadelphia, PA 19107  

Kenneth West, Trustee  
P.O. BOX 40837.  
Philadelphia, PA 19107

Adam B. Hall, Esquire　　　　　　　　　　　Shanyel M. Little
Manley Deas Kochalski LLC　　　　　　　　4949 Mulberry Street
P.O. BOX 165028　　　　　　　　　　　　　Philadelphia, PA 19124
Columbus, OH 43216-5028

Marcus A. Little
604 Well fleet Drive
Middletown, DE 19709


 1-31-24　　　　　　　　　　　　　　　　 /s/ MICHAEL A. LATZES
  Date　　　　　　　　　　　　　　　　　　Michael A. Latzes, Esquire
　　　　　　　　　　　　　　　　　　　　　1528 Walnut St., Suite 710
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　　(215) 545-0200