IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SHANYEL M. LITTLE<br>MARCUS A. LITTLE<br>      Debtors,<br><br>FIRSTKEY MASTER FUNDING 2021-A COLLATERAL TRUST, U.S. BANK TRUST NATIONAL ASSOCIATION AS COLLATERAL TRUST TRUSTEE,<br><br>      Movant,<br><br>   v.<br><br>SHANYEL M. LITTLE<br>MARCUS A. LITTLE, and<br>KENNETH E. WEST, Trustee<br>      Respondents. | Bankruptcy No. 22-10824-mdc<br><br>Chapter 13<br><br>Related Docs. No. 105, 108 |

ORDER OF COURT

AND NOW, this 31st day of January, 2024, upon consideration of the foregoing Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

*Magdeline D. Coleman*
_____
Honorable Madgeline D. Coleman
U.S. Bankruptcy Court Chief Judge