United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 22-10824-mdc

Shanyel M. Little                                                                    Chapter 13

Marcus A. Little

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 31, 2024 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shanyel M. Little, 4949 Mulberry Street, Philadelphia, PA 19124-2827 |
| jdb | + | Marcus A. Little, 604 Wellfleet Drive, Middletown, DE 19709-9231 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: megan.harper@phila.gov | Feb 01 2024 00:34:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Feb 01 2024 00:34:00 | FirstKey Master Funding 2021-A Collateral Trust, U, C/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, UNITED STATES 15219-4430 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Feb 01 2024 00:34:08 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2024                          Signature:                    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Jan 31, 2024                       Form ID: pdf900                                Total Noticed: 5

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Ajax Mortgage Loan Trust 2023-B amps@manleydeas.com |
| ADAM BRADLEY HALL | on behalf of Creditor Ajax Mortgage Loan Trust 2019-E amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Ajax Mortgage Loan Trust 2023-B amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Specialized Loan Servicing  LLC. as Servicing Agent for FirstKey Master Funding 2021-A Collateral Trust, U.S. Bank National Association, as Collateral Truste Trustee kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| KERI P EBECK | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust  U.S. Bank Trust National Association as Collateral Trust Trustee kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| MARK A. CRONIN | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| MARK A. CRONIN | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| MICHAEL A. LATZES | on behalf of Joint Debtor Marcus A. Little efiling@mlatzes-law.com |
| MICHAEL A. LATZES | on behalf of Debtor Shanyel M. Little efiling@mlatzes-law.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 16

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No.  22-10824-mdc |
|---|---|
| SHANYEL M. LITTLE<br>MARCUS A. LITTLE<br>　　　　　Debtors, | Chapter 13 |
| | Related Docs. No. 105, 108 |
| FIRSTKEY MASTER FUNDING 2021-A<br>COLLATERAL TRUST, U.S. BANK TRUST<br>NATIONAL ASSOCIATION AS<br>COLLATERAL TRUST TRUSTEE,<br><br>　　　　Movant,<br><br>　　v.<br><br>SHANYEL M. LITTLE<br>MARCUS A. LITTLE, and<br>KENNETH E. WEST, Trustee<br>　　　　Respondents. | |

ORDER OF COURT

AND NOW, this ___31st___ day of _____January_____, 2024, upon consideration of the foregoing

Six-Month Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that

the Stipulation is approved.

BY THE COURT

_____
Honorable Madgeline D. Coleman
U.S. Bankruptcy Court Chief Judge