# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 22-10824** |
| **Shanyel M. Little** | **Chapter 13** |
| **Marcus A. Little** | **Judge Magdeline D. Coleman** |
| | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| | |
| **Ajax Mortgage Loan Trust 2023-B, Mortgage-Backed Securities, Series 2023-B, by U.S. Bank Trust Company, National Association, as Indenture Trustee** | **Related Document # 116** |
| **Movant,** | |
| vs | |
| **Shanyel M. Little** | |
| **Marcus A. Little** | |
| **Kenneth E. West, Trustee** | |
| **Respondents.** | |

## PRAECIPE OF WITHDRAWAL OF MOTION FOR RELIEF
## (DOCKET NO. 116)

Now comes Ajax Mortgage Loan Trust 2023-B, Mortgage-Backed Securities, Series 2023-B, by U.S. Bank Trust Company, National Association, as Indenture Trustee ("Creditor"), by and through its mortgage servicing agent Gregory Funding LLC, by and through counsel, and hereby withdraws its Motion for Relief which was filed in this Court on January 18, 2024. The Motion for Relief needs to be withdrawn because Debtor has submitted funds to cure the arrearage and is now current in payments.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Alyk L. Oflazian (312912)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

22-009880_SCS2

        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Adam B.
        Hall.
        Contact email is abh@manleydeas.com

22-009880_SCS2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 22-10824** |
| **Shanyel M. Little** : | **Chapter 13** |
| **Marcus A. Little** : | **Judge Magdeline D. Coleman** |
| : | * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **Ajax Mortgage Loan Trust 2023-B,** : | **Related Document # 116** |
| **Mortgage-Backed Securities, Series** : | |
| **2023-B, by U.S. Bank Trust Company,** : | |
| **National Association, as Indenture** : | |
| **Trustee** : | |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **Shanyel M. Little** | |
| **Marcus A. Little** | |
| **Kenneth E. West, Trustee** | |
| **Respondents.** | |

**CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of Motion for Relief (Docket No. 116) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Michael A. Latzes, Attorney for Shanyel M. Little and Marcus A. Little, efiling@mlatzes-law.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Shanyel M. Little, 4949 Mulberry Street, Philadelphia, PA  19124

Marcus A. Little, 604 Wellfleet Drive, Middletown, DE  19709

22-009880_SCS2

City of Philadelphia, Law Department - Tax Unit, 1401 John F. Kennedy Blvd., 5th Floor, Att'n: Bankruptcy Department, Philadelphia, PA  19102-1595

Water Revenue Bureau, 1401 J.F.K. Blvd., Attn: Bankruptcy Dept., Philadelphia, PA  19102-1663

/s/ Adam B. Hall

22-009880_SCS2