United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10824-amc |
| Shanyel M. Little | Chapter 13 |
| Marcus A. Little | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Jun 20, 2024 | Form ID: pdf900 | Total Noticed: 66 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shanyel M. Little, 4949 Mulberry Street, Philadelphia, PA 19124-2827 |
| jdb | + | Marcus A. Little, 604 Wellfleet Drive, Middletown, DE 19709-9231 |
| 14680651 | + | Christiana Care, 301 Lacey Street, Attn: Bankruptcy Dept., West Chester, PA 19382-3727 |
| 14690066 | + | Midfirst Bank, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14685263 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14680664 | | PA Department of Revenue, Bureau of Compliance, Lien Sections. P.O. BOX 280948, Harrisburg, PA 17128-0948 |
| 14680665 | | PECO ENERGY, P.O. Box 37629, Attn: Bankruptcy Dept. - Merrick Friel, Prospect Park, PA 19076 |
| 14680667 | + | Roxborough Memorial Hospital, P.O. Box 1280, Attn: Bankruptcy Dept., Oaks, PA 19456-1280 |
| 14681234 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14681170 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 21 2024 07:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | Jun 21 2024 07:28:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Jun 21 2024 07:28:00 | FirstKey Master Funding 2021-A Collateral Trust, U, C/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, UNITED STATES 15219-4430 |
| 14680648 | + | Email/Text: bankruptcy@acimacredit.com | Jun 21 2024 07:28:00 | Acima Credit, 9815 monroey St., 4th Floor, Attn: Bankruptcy Dept., Sandy, UT 84070-4384 |
| 14688864 | | Email/Text: amps@manleydeas.com | Jun 21 2024 07:27:00 | Ajax Mortgage Loan Trust 2019-E, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14692568 | ^ | MEBN | Jun 21 2024 07:19:06 | Ajax Mortgage Loan Trust 2019-E, c/o Gregory Funding LLC, PO Box 742334, Los Angeles CA 90074-2334 |
| 14692245 | + | Email/Text: ellie.bulin@gregoryfunding.com | Jun 21 2024 07:28:00 | Ajax Mortgage Loan Trust 2019-E, c/o Gregory Funding LLC, PO Box 230579, Tigard, OR 97281-0579 |
| 14689041 | | Email/Text: amps@manleydeas.com | Jun 21 2024 07:27:00 | Ajax Mortgage Loan Trust 2019-E., c/o Adam B. Hall, Esquire, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 20, 2024 | Form ID: pdf900 | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| 14810390 | | ^ MEBN | Jun 21 2024 07:19:06 | Ajax Mortgage Loan Trust 2023-B, c/o Gregory Funding LLC, PO Box 742334, Los Angeles, CA 90074-2334 |
| 14691314 | | Email/PDF: bncnotices@becket-lee.com | Jun 21 2024 07:51:14 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 14680649 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 21 2024 07:27:00 | Bank of America, P.O. BOX 982235, Attn: Bankruptcy Dept., El Paso, TX 79998-2235 |
| 14680647 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 21 2024 07:27:00 | Citizens, One Citizens Way, JCA115, Attn: Bankruptcy Dept., Johnston, RI 02919 |
| 14682349 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 21 2024 07:27:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14680655 | | Email/Text: megan.harper@phila.gov | Jun 21 2024 07:28:00 | City of Philadelphia, Law Department - Tax Unit, 1401 John F. Kennedy Blvd., 5th Floor, Att'n: Bankruptcy Department, Philadelphia, PA 19102-1595 |
| 14713771 | | Email/Text: megan.harper@phila.gov | Jun 21 2024 07:28:00 | City of Philadelphia, Law Tax & Revenue Unit, 1401 JFK Blvd, 5th Floor, Philadelphia PA 19102 |
| 14694047 | | Email/Text: megan.harper@phila.gov | Jun 21 2024 07:28:00 | City of Philadelphia, c/o Pamela Elchert Thurmond,Esquire, City of Philadelphia Law Department, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14692473 | | Email/Text: megan.harper@phila.gov | Jun 21 2024 07:28:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14680650 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 21 2024 07:40:22 | Capital One, 4515 N. Santa Fe Ave., Attn: Bankruptcy Dept., Oklahoma City, OK 73118-7901 |
| 14683612 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 21 2024 07:40:32 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14680652 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2024 07:40:20 | Citibank/Home Depot, P.O. BOX 790034, Attn: Centralized Bankruptcy, Saint Louis, MO 63179-0034 |
| 14680653 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 21 2024 07:40:38 | Citibank/Sears, P.O. BOX 790034, Attn: Centralized Bankruptcy, P.O. BOX 790034, Saint Louis, MO 63179-0034 |
| 14680656 | + | Email/Text: bankruptcy@philapark.org | Jun 21 2024 07:28:00 | City of Philadelphia Parking Violations, P.O. BOX 41819, Attn: Bankruptcy Dept., Philadelphia, PA 19101-1819 |
| 14680657 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 21 2024 07:28:00 | Comenity Bank/Ashley Stewart, P.O. BOX 182125, Attn: Bankruptcy Dept., Columbus, OH 43218-2125 |
| 14680658 | + | Email/Text: bankruptcy@pepcoholdings.com | Jun 21 2024 07:28:00 | Delmarva Power, P.O. BOX 17006, Attn: Bankruptcy Dept., Wilmington, DE 19850-7006 |
| 14680659 | + | Email/Text: ellie.bulin@gregoryfunding.com | Jun 21 2024 07:28:00 | Gregory Funding LLC, P.O. BOX 230579, Attn: Bankruptcy Dept., Portland, OR 97281-0579 |
| 14698364 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 21 2024 07:28:00 | Internal Revenue Service, P.O. BOX 7317, Attn: Bankruptcy Dept., Philadelphia, PA 19101-7317 |
| 14696340 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 21 2024 07:51:06 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14689929 | | ^ MEBN | Jun 21 2024 07:19:11 | MidFirst Bank, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14680661 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 21 2024 07:40:45 | Midfirst Bank, 999 North West Grand Blvd., Attn: Bankruptcy Dept., Oklahoma City, OK 73118-6051 |

Case 22-10824-amc    Doc 135    Filed 06/22/24    Entered 06/23/24 00:43:13    Desc
Imaged Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 20, 2024 | Form ID: pdf900 | Total Noticed: 66 |

| | | | | |
|---|---|---|---|---|
| 14680662 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 21 2024 07:28:00 | Midland Credit Management, Inc., P.O. BOX 2037, Attn: Bankruptcy Dept., Warren, MI 48090-2037 |
| 14683990 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 21 2024 07:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14683267 | ^ | MEBN | Jun 21 2024 07:19:09 | Mortgage Assets Management, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14680663 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 21 2024 07:27:00 | Nationstar Mortgage, LLC, P.O. BOX 619096, Attn: Bankruptcy Dept., Dallas, TX 75261-9741 |
| 14685146 | ^ | MEBN | Jun 21 2024 07:19:12 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14696638 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 21 2024 07:27:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14696502 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 21 2024 07:27:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14680666 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2024 07:40:18 | Portfolio Recovery Associates, LLC, P.O. BOX 41067, Attn: Bankruptcy Dept., Norfolk, VA 23541 |
| 14690587 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2024 07:40:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14690228 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2024 07:40:34 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14681720 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2024 07:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14684908 | + | Email/Text: bankruptcy@philapark.org | Jun 21 2024 07:28:00 | Philadelphia Parking Authority, 701 Market St, Ste 5400, Philadelphia, Pa 19106-2895 |
| 14680668 | | Email/Text: bankruptcy@sw-credit.com | Jun 21 2024 07:28:00 | Southwest Credit, 4120 International Pkwy., Suite 1100, Attn: Bankruptcy Dept., Carrollton, TX 75007-1958 |
| 14680669 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 21 2024 07:28:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Englewood, CO 80111-4720 |
| 14681234 | ^ | MEBN | Jun 21 2024 07:19:37 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14691329 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2024 07:40:30 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41031, Norfolk VA 23541-1031 |
| 14681170 | ^ | MEBN | Jun 21 2024 07:19:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14794764 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 21 2024 07:40:24 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14794765 | | Email/PDF: ebn_ais@aisinfo.com | Jun 21 2024 07:40:38 | Synchrony Bank by AIS InfoSource, LP as agent, Dept 888 PO BOX 4457 Houston TX 77210-4457 |
| 14680670 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 21 2024 07:40:19 | Synchrony Bank/Old Navy, c/o PRA Receivables Management, LLC, P.O. BOX 41021, Attn: Bankruptcy Dept., Norfolk, VA 23541-1021 |
| 14683268 | ^ | MEBN | Jun 21 2024 07:19:10 | The Bank of New York Mellon, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14680671 | + | Email/Text: bankruptcydepartment@tsico.com | | |

Case 22-10824-amc   Doc 135   Filed 06/22/24   Entered 06/23/24 00:43:13   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 20, 2024 | Form ID: pdf900 | Total Noticed: 66 |

| Recip ID | | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 21 2024 07:28:00 | Transworld System Inc./51, P.O. BOX 15630, Attn: Bankruptcy Dept., Wilmington, DE 19850-5630 |
| 14686898 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 21 2024 07:28:00 | U.S. Bank Trust National Assoc. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St. Suite 300, Greenwood Village, Colorado 80111-4720 |
| 14680672 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 21 2024 07:40:30 | Verizon, by American InfoSource as agent, 4515 N. Santa Fe Ave., Attn: Bankruptcy Dept., Oklahoma City, OK 73118-7901 |
| 14680674 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 21 2024 07:40:19 | Wells Fargo, P.O. Box 10438 Mac F8235-02f, Attn: Bankruptcy Dept., Des Moines, IA 50306 |
| 14680673 | | Email/Text: megan.harper@phila.gov | Jun 21 2024 07:28:00 | Water Revenue Bureau, 1401 J.F.K. Blvd., Attn: Bankruptcy Dept., Philadelphia, PA 19102-1663 |
| 14685003 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 21 2024 07:40:30 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 14680675 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 21 2024 07:40:30 | Wells Fargo Bank, N.A. d/b/a, Wells Fargo Auto, P.O. BOX 130000, Attn: Bankruptcy Dept., Raleigh, NC 27605-1000 |
| 14680676 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 21 2024 07:40:33 | Wells Fargo Jewelry Advantage, P.O. BOX 10438, Attn: Bankruptcy Dept., Des Moines, IA 50306-0438 |

TOTAL: 58

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14688865 | * | Ajax Mortgage Loan Trust 2019-E, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14680654 | *P++ | CITIZENS BANK N A, ATTN BANKRUPTCY TEAM, ONE CITIZENS BANK WAY, JCA115, JOHNSTON RI 02919-1922, address filed with court:, Citizens, One Citizens Way - JCA115, Attn: Bankruptcy Dept., Johnston, RI 02919 |
| 14684686 | * | Internal Revenue Service, P.O. BOX 7317, Philadelphia, PA 19101-7317 |
| 14680660 | * | Internal Revenue Service, P.O. BOX 7346, Attn: Bankruptcy Dept., Philadelphia, PA 19101-7346 |
| 14728465 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14691010 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14686899 | *+ | U.S. Bank Trust National Assoc. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St. Suite 300, Greenwood Village, Colorado 80111-4720 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2024         Signature:    /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 5 of 5 |
| Date Rcvd: Jun 20, 2024 | Form ID: pdf900 | Total Noticed: 66 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Ajax Mortgage Loan Trust 2023-B amps@manleydeas.com |
| ADAM BRADLEY HALL | on behalf of Creditor Ajax Mortgage Loan Trust 2019-E amps@manleydeas.com |
| ALYK L OFLAZIAN | on behalf of Creditor Ajax Mortgage Loan Trust 2023-B amps@manleydeas.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Nationstar Mortgage LLC bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Specialized Loan Servicing LLC. as Servicing Agent for FirstKey Master Funding 2021-A Collateral Trust, U.S. Bank National Association, as Collateral Truste Trustee kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| KERI P EBECK | on behalf of Creditor FirstKey Master Funding 2021-A Collateral Trust U.S. Bank Trust National Association as Collateral Trust Trustee kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MICHAEL A. LATZES | on behalf of Joint Debtor Marcus A. Little efiling@mlatzes-law.com |
| MICHAEL A. LATZES | on behalf of Debtor Shanyel M. Little efiling@mlatzes-law.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    SHANYEL M. LITTLE<br>    MARCUS A. LITTLE<br><br>            Debtors | Chapter 13<br><br>Bankruptcy No. 22-10824-AMC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: June 20, 2024**

_____
Honorable Ashely M. Chan
Bankruptcy Judge