**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | **:** | |
| | **:** | |
| **Shanyel M. Little** | **:** | **Case No.: 22-10824** |
| **Marcus A. Little** | **:** | **Chapter 13** |
| | **:** | **Judge Ashely M. Chan** |
| **Debtor(s).** | **:** | * * * * * * * * * * * * * * * * * * * * * * * |
| | **:** | |
| | **:** | |

**<u>WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR</u>**

Now comes **Stephen R. Franks**, who shall be substituted for Alyk L. Oflazian as counsel

of record for creditor **Ajax Mortgage Loan Trust 2023-B, Mortgage-Backed Securities,**

**Series 2023-B, by U.S. Bank Trust Company, National Association, as Indenture Trustee**

("Creditor").  Alyk L. Oflazian is no longer counsel for Creditor and should not receive future

notices in this case.


| | |
|---|---|
| /s/ Alyk L. Oflazian | /s/ Stephen R. Franks |
| Alyk L. Oflazian (312912) | Stephen R. Franks (333394) |
| MDK Legal | MDK Legal |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| ALOflazian@mdklegal.com | srfranks@mdklegal.com |

24-013232_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 22-10824** |
| **Shanyel M. Little** | : | **Chapter 13** |
| **Marcus A. Little** | : | **Judge Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **Ajax Mortgage Loan Trust 2023-B,** | : | **Related Document #** |
| **Mortgage-Backed Securities, Series** | : | |
| **2023-B, by U.S. Bank Trust Company,** | : | |
| **National Association, as Indenture** | : | |
| **Trustee** | : | |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Shanyel M. Little** | | |
| **Marcus A. Little** | | |
| **Kenneth E. West** | | |
| **Respondents.** | | |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was filed electronically.  Notice of this filing will be sent to

the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Michael A. Latzes, Attorney for Shanyel M. Little and Marcus A. Little, efiling@mlatzes-
law.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

Mail to the following:

24-013232_PS

Shanyel M. Little, 4949 Mulberry Street, Philadelphia, PA  19124

Marcus A. Little, 604 Wellfleet Drive, Middletown, DE  19709


/s/ Stephen R. Franks