| Fill in this information to identify the Fill in this information to identify the case: |
|---|
| Debtor 1    Shanyel M. Little |
| Debtor 2    Marcus A. Little |
| Debtor 2 |
| United States Bankruptcy Court for the EASTERN District of Pennsylvania |
| Case number   22-10824 MDC |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** MidFirst Bank

**Court claim no.** (if known): 17

**Last 4 digits** of any number you use to identify the debtor's account: 9165

**Date of payment change:**
Must be at least 21 days after date of this notice    04/01/2022

**New total payment:**    $2246.47
Principal, interest, and escrow, if any

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - [x] No
   - [ ] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $_____    New escrow payment:  $_____

## Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - [x] No
   - [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - [ ] No
   - [x] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (*Court approval may be required before the payment change can take effect.*)
       Reason for change: Loan modification agreement effective 04/01/2022.

   Current mortgage payment: $2678.70    New mortgage payment: $2246.47

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Document ID: 111f9bb9a497d3ecbd0f4d8b743e7009778418b14fa75bc6c783c705e74e6033

Debtor(s)   <u>Shanyel M. Little, Marcus A. Little</u>   Case number (*if known*) <u>22-10824 MDC</u>
           First Name    Middle Name       Last Name

## Part 4:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Rebecca Solarz*                                    Date  07/29/2022
   Signature
Print: Rebecca Solarz
       29 Jul 2022, 11:09:16, EDT

Title  <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>       <u>Market Street, Suite 5000</u>
          Number    Street
          Philadelphia,                    PA     19106
          City                             State  ZIP Code

Contact phone  (215) 627–1322       Email  <u>bkgroup@kmllawgroup.com</u>