# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Marcus A. Little** <br> **Shanyel M. Little** <br>                         **Debtors** <br><br> **Nationstar Mortgage LLC d/b/a Mr. Cooper** <br>                         **Movant** <br>       vs. <br><br> **Marcus A. Little** <br> **Shanyel M. Little** <br>                         **Debtors** <br><br> **Kenneth E. West, Esq.** <br>                         **Trustee** | **BK NO. 22-10824 MDC** <br><br> **Chapter 13** <br><br> **Related to Claim No. 18** |

## CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 30, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtors
Marcus A. Little
604 Wellfleet Drive
Middletown, DE 19709

Shanyel M. Little
4949 Mulberry Street
Philadelphia, PA 19124

Attorney for Debtors
Michael A. Latzes, Esq.
1528 Walnut Street
Suite 700
Philadelphia, PA 19102
VIA ECF

Trustee
Kenneth E. West, Esq.
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
VIA ECF

Method of Service: Electronic means or first-class mail.

Dated: September 30, 2022

                                                                 **/s/Brian C. Nicholas, Esquire**
                                                                 Brian C. Nicholas, Esquire
                                                                 Attorney I.D. 317240
                                                                 KML Law Group, P.C.
                                                                 BNY Mellon Independence Center
                                                                 701 Market Street, Suite 5000
                                                                 Philadelphia, PA 19106
                                                                 412-430-3594
                                                                 bnicholas@kmllawgroup.com